# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

TYRONE SMITH

CRIMINAL COMPLAINT

CASE NUMBER: 08CR 674

UNDER SEAL

MAGISTRATE JUDGE NOLAN

FILED
AUG 2 6 2008
8-26-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, John Maresh, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 23, 2008 in Cook county, in the Northern District of Illinois defendant TYRONE SMITH did

by force and violence, and by intimidation, take from the person and the presence of bank employees, approximately $6,752.00 in United States Currency belonging to or in the care, custody, control, management, and possession, of the TCF Bank, 635 N. Dearborn Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title 18 United States Code, Section(s) 2113(a).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: X Yes ___ No

X _John P. Maresh_
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 26, 2008                                      at    Chicago, Illinois
Date                                                          City and State

Nan R. Nolan, U.S. Magistrate Judge                          _Nan R. Nolan_
Name & Title of Judicial Officer                              Signature of Judicial Officer

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | **SS** |
| **COUNTY OF COOK** | ) | |

I, John Marsh, being duly sworn depose and state as follows:

### Introduction

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for just under two years. Prior to my work for the FBI, I worked as a law enforcement officer for the Mississippi Highway Patrol from October of 1996 until September of 2006. I am currently assigned to the FBI's Chicago Field Office, Violent Crimes Task Force ("Task Force"), and have been on the Task Force for approximately one and one half years. My duties on the Task Force include the investigation of various violent crimes, including bank robberies in violation of 18 U.S.C. § 2113(a). I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for felony offenses.

2. I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read related to this investigation, bank surveillance photographs, conversations I have had with other law enforcement officials who have knowledge of the events and circumstances described herein, and interviews of bank employees and witnesses. The information below is provided for the limited purpose of

1

establishing probable cause that on or about April 23, 2008, TYRONE SMITH, did, by force and violence and by intimidation, take from the person and presence of bank employees, approximately $6,752.00 in United States Currency, belonging to or in the care, custody, control, management, and possession of the TCF Bank branch office located at 635 N. Dearborn, Chicago, Illinois ("the Bank"), the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a). Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain all the facts of which I am aware related to this investigation.

### April 23, 2008 Robbery of the TCF Bank

3.      According to Bank Teller A ("Teller A"), she was working at the Bank at approximately 11:28 a.m. on April 23rd, 2008, when she observed two black men enter the bank. The first robber ("Robber #1") approached a different teller, pointed a gun at that teller and demanded money from her. A second man ("Robber #2") approached Teller A and said words to the effect of, "Give me the hundreds, I want your hundreds." Teller A described Robber #2 as 6'2" tall, 180 pounds, thin, in his mid-forties, wearing a black or brown leather 3/4 length jacket with a hood. Teller A gave Robber #2 money from her drawer. Robber #2 took the money and used his clothed arms to wipe off the counter. Robber #2 then told Teller A to get on the ground, which she did.

5. Teller B was also working at the bank during the robbery. Teller B told agents she saw one black man and then another black man enter the bank. Teller B saw Robber #1 approach another teller, point a gun at that teller, and demand cash. Robber #2 approached Teller B and said words to the effect of, "Give me all the money." Teller B described Robber #2 as 6'0" tall, 180 pounds, thin, mid 40's, wearing a black or brown 3/4 length jacket with a hoody. The man gestured to his waist to imply he had a gun. Teller B removed the money from her teller drawer and put it on the counter. Robber #1 then approached Teller B and told her to get on the ground, which she did.

6. The Bank possesses a video surveillance system which captured the robbery. I have reviewed still photographs from the Bank's video surveillance system. The photos show both robbers inside the entrance to the bank and by the teller counter. The photos show Robber #2 was a black male who was wearing sunglasses and a dark colored, three quarter length jacket with a hood.

7. A subsequent bank audit determined that the robbers left with approximately $6,752.00 in United States currency, which had belonged to or was in the care, custody, control, management, or possession of the Bank.

### Identification of TYRONE SMITH as Robber #2

8. On June 4, 2008, pursuant to a Criminal Complaint and Arrest Warrant, the Violent Crimes Task Force arrested Robber #1 for his role in another bank robbery.[1] A

---

[1] In his statement on June 4th, 2008, Robber #1 admitted to committing a total of seven bank robberies. On August 5th, 2008, Robber #1 was indicted in the Northern District of Illinois

3

member of the Violent Crimes Task Force read Robber #1 his rights from an Advice of Rights form. Robber #1 agreed to speak about this and other robberies he had committed. He signed the Advice of Rights form signifying his willingness to provide a statement.

9. Robber #1 admitted he had participated in the April 23, 2008 robbery of the Bank. Robber #1 said he announced the bank robbery, and that he and Robber #2 had each taken money from different tellers. Robber #1 said that Robber #2 took a silver nine millimeter handgun into the bank with him.

10. Robber #1 identified Robber #2 as "Tyrone," and provided other descriptive information about "Tyrone", such as his physical appearance, age and the street where Tyrone resides. Using Robber #1's information, a Task Force member checked law enforcement databases and pulled together photos of individuals named "Tyrone" who lived on that street. A Task Force member presented the photos, including a photo of TYRONE SMITH, to Robber #1. Robber #1 identified TYRONE SMITH as Robber #2.

---

for three counts of Bank Robbery. Robber #1 has since been indicted on three counts of Bank Robbery. At this time, no promises have been made to Robber #1, nor have any agreements been reached with Robber #1 by either the FBI or the U.S. Attorney's Office regarding what sentence Robber #1 may receive for his participation in the indicted offenses, or what additional charges will be filed against Robber #1 by the United States for other criminal conduct. Robber #1 has agreed to cooperate because Robber #1 has been informed that the extent and nature of his cooperation will be made known to the judge who will sentence Robber #1, and that Robber #1's cooperation will also be considered by the United States Attorney's Office. Robber #1 has multiple criminal convictions, including Criminal Trespass to Vehicle in 1968, Armed Robbery, Robbery and Violation of Bail Bond in 1971, Murder, Involuntary Manslaughter and Escape from a Penal Institution in 1976, Theft in 1999 and Armed Robbery in 2001.

Robber #1 initialed the photograph and wrote in pen on SMITH's photograph, "I did bank robbery with Tyrone."

11.   On June 10, 2008, Teller A and Teller B viewed a six-photo lineup containing a photo of TYRONE SMITH. Teller A immediately identified SMITH as Robber #2. Teller A wrote the word "yes" by SMITH's photograph, signifying that he was Robber #2. Teller B was not able to pick anyone from the photo spread.

12.   According to a Chicago Police Department arrest report for an unrelated charge, dated May 6, 2008, (approximately two weeks after the bank robbery), SMITH is described as 6'1", 180 pounds, and 43 years old.

13.   The Task Force has obtained the Bank's FDIC certificate, which shows that on the date of the robbery, the Bank's deposits were insured by the FDIC.

## **CONCLUSION**

14. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that TYRONE SMITH did, by force and violence and by intimidation, take approximately $6,752.00 in United States Currency belonging to, or in the care, custody, control, management, or possession of the TCF Bank branch office located at 635 N. Dearborn Street, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113 (a).

FURTHER, AFFIANT SAYETH NOT.

*[signature]*
Special Agent John Marsh
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence
this 26th day of August, 2008

*[signature]*
Nan R. Nolan
United States Magistrate Judge