## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 674 - 1 | **DATE** | 08/26/08 |
| **CASE TITLE** |  | USA vs. Tyrone Smith | |

**DOCKET ENTRY TEXT**

Enter Order granting government's motion to seal complaint, affidavit and arrest warrant until November 24, 2008, or until execution of the Arrest Warrant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|