UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR 674** |
| | ) | |
| v. | ) | |
| | ) | Nan R. Nolan |
| TYRONE SMITH | ) | |
| | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in this matter, as well as the Motion to Seal and this Order, all dated August 26, 2008, are hereby SEALED until and including November 24, 2008, or until the execution of the Arrest Warrant, whichever comes first.

ENTER:

_____
NAN R. NOLAN
United States Magistrate Judge

Dated: August 26, 2008