Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 674 - 1 | **DATE** | 08/26/08 |
| **CASE TITLE** | USA vs. Tyrone Smith | | |

**DOCKET ENTRY TEXT**

Warrant for Arrest issued as to Tyrone Smith.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 28 PM 2: 59
FILED-TC