# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 674 - 1 | **DATE** | 8/28/2008 |
| **CASE TITLE** |  | USA vs. Tyrone Smith | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Tyrone Smith appears in response to arrest on 08/28/08. Defendant informed of his rights. Enter order appointing Beth Gaus of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 09/03/08 at 3:00 p.m. Defendant shall remain in custody pending further order of court/detention hearing. Order case unsealed.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

U.S. DISTRICT COURT
2008 AUG 28 PH 2:59
FILED