## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 674 - 1 | **DATE** | 8/28/2008 |
| **CASE TITLE** |  | USA vs. Tyrone Smith | |

**DOCKET ENTRY TEXT**

This Court hereby orders that the defendant be held at the Metropolitan Correctional Center (M.C.C.). It is further ordered that the M.C.C. immediately provide a Medical Practitioner be available in the facility where defendant is housed for evaluation on all medical issues (**HEROIN - withdrawls**).

Docketing to mail notices.

00:00

3bc USM 8/28/08

| | Courtroom Deputy Initials: | LXS |
|---|---|---|